UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
─────

HAROLD PHILLIPS,

        Plaintiff,

Case No. 2:19-cv-206

v.

Honorable Paul L. Maloney

UNKNOWN DATTO et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  January 14, 2020              /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge